Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

In the Matter of PARMADALE DEVELOPMENT, INC., Petitioner, v. PLANNING BOARD OF THE TOWN OF PARMA, Respondent.—

Present — Del Vecchio. J. P.. Marsh. Gabrielli, Moule and Bastow. JJ.

HERALD COMPANY. Respondent. v. WILLIAM IRVING. Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.

HERALD COMPANY, Respondent, v. JOSEPH FREY, Appellant.—